AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

SEALED

United States of America
v.

George Olawunmi Johnson
*Defendant*

Case No. 2:26-cr-20118-DDC-ADM

RECEIVED
By US Marshals Service at 7:27 am, Sep 17, 2026

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* George Olawunmi Johnson, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct 1: 18 U.S.C. § 911 - false claim to United States citizenship
Ct 2: 18 U.S.C. § 1015(f) - false claim to United States citizenship in order to vote
Ct 3: 52 U.S.C. § 20511(2)(B) - fraudulent election conduct
Ct 4: 18 U.S.C. § 611 - voting by an alien in a federal election

Date: 09/16/2026

s/ K. Carrillo - Deputy Clerk
*Issuing officer's signature*

City and state: Kansas City, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/16/26, and the person was arrested on *(date)* 9/23/26 at *(city and state)* Olathe, KS.

Date: 9/23/26

[signature]
*Arresting officer's signature*

Chris Fattibene / Special Agent
*Printed name and title*